JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCILLE OSTRANDER,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., an Ohio corporation d/b/a SMITH'S; ACOSTA, INC., a Delaware Corporation; DOES I through X; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:13-cv-00775-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Mark G. Henness, Esq. of the law firm HENNESS & HAIGHT as counsel for Plaintiff, LUCILLE OSTRANDER, and Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel for Defendant, SMITH'S FOOD & DRUG CENTERS, INC. and Mark J. Brown, Esq. of the LAW OFFICES OF MELISSA P. HARRIS as counsel for Defendant, ACOSTA, INC., that:

1. Plaintiff LUCILLE OSTRANDER'S claims herein against Defendants SMITH'S FOOD & DRUG CENTERS, INC. and ACOSTA, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

2. That the trial date of October 6, 2014 be vacated.

DATED this 29th day of December, 2014.                    DATED this 29th day of December, 2014.

HENNESS & HAIGHT                                          COOPER LEVENSON, P.A.


/s/ DAVID J. MARTIN, ESQ.                                 /s/ JERRY S. BUSBY, ESQ.
MARK G. HENNESS, ESQ.                                     JERRY S. BUSBY, ESQ.
Nevada Bar No. 5842                                       Nevada Bar No. 1107
DAVID J. MARTIN, ESQ.                                     6060 Elton Avenue, Ste. A
Nevada Bar No. 9117                                       Las Vegas, Nevada 89107
8972 Spanish Ridge Avenue                                 *Attorney for Defendant*
Las Vegas, Nevada 89148                                   *SMITH'S FOOD & DRUG CENTERS, INC.*
*Attorneys for Plaintiff*


DATED this 29th day of December, 2014.

LAW OFFICES OF MELISSA P. HARRIS


/s/ MARK J. BROWN, ESQ
MARK J. BROWN, ESQ.
Nevada Bar No. 3687
750 East Warm Springs Road, Suite 320
Las Vegas, Nevada 89119
*Attorney for Defendant*
*ACOSTA, INC.*


## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 10th day of January, 2015.

CLAC 2680414.1

2